UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:13-cr-59 |
| vs. ) | |
| ) | JUDGE COLLIER |
| CAREY LYNN DAUGHERTY ) | |

## MEMORANDUM AND ORDER

CAREY LYNN DAUGHERTY ("Supervised Releasee") appeared for an initial appearance before the undersigned on September 9, 2013, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition"). Those present for the hearing included:

(1) An Assistant United States Attorney for the Government.
(2) The Supervised Releasee.
(3) Attorney Anthony Martinez for defendant.

After being sworn in due form of law, the Supervised Releasee was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

It was determined the Supervised Releasee wished to be represented by an attorney and she qualified for the appointment of an attorney to represent her at government expense. Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was determined the Supervised Releasee had been provided with a copy of the Petition and the Warrant for Arrest and had the opportunity of reviewing those documents with her attorney.  It was also determined she was capable of being able to read and understand the copy of the aforesaid documents she had been provided

The Supervised Releasee waived her right to a preliminary hearing but requested a detention hearing.

The Government called USPO Danny Haimelin and moved that the Supervised Releasee be detained pending the revocation hearing.

### Findings

(1) Based USPO Haimelin's testimony and the Supervised Releasee's waiver of preliminary hearing, the undersigned finds there is probable cause to believe the

1

Supervised Releasee has committed violations of her conditions of supervised release as alleged or set forth in the Petition.

(2)     The Supervised Releasee has not carried her burden under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, that if released on bail she will not flee or will not pose a danger to the community.

<u>Conclusions</u>

It is ORDERED:

(1) The motion of the Government that the Supervised Releasee be DETAINED WITHOUT BAIL pending her revocation hearing before Judge Collier is GRANTED.

(2) The U.S. Marshal shall transport the Supervised Releasee to a revocation hearing before Judge Collier on **Thursday, January 9, 2014, at 9:00 am.**

ENTER.

                                        S /*William B. Mitchell Carter*
                                        UNITED STATES MAGISTRATE JUDGE